FILED
APR 14 2015
RICHARD W. WIEKING
CLERK, U.S. ~~~
NORTH~~~ DISTRICT COURT
~~~ OF CALIFORNIA

CV 15 1683

~~~ 15

Dear Judge Henderson,

My Name is Darrell Wright. First i would Like to Say, thank you for reading this letter. I'm currently Living at the California Health Care Facility. I got here 11-15-13. And i need your help in this important matter. I was sent to San Joa Quin hospital, for a Suspected Kidney failure. Which turn out to be false. I came there in a C.D.C. tranpertation Van, at that time i was able to walk even thought i was hook up to a wound Vac Machine. I told the Nurses there, if i was to stay there more then a day, and if they had to turn off the wound Vac, then, to take it Completely off my Leg, and if you don't, it will get infected, and i told them this Judge Henderson more then once. But they were not, and did not Listening to me, i truly believe, because i was an inmate. This is what they told me; you in the hospital now, and we know what we are doing. And they said that Very Sarcastically. Left it connected to my Leg, and i told them more then once to take it completely off my Leg, but they didn't Listen and my Leg got badly infected. Which Lead to the amputation of my right Leg. But befor the surgery had taking place the doctor that Specialized in amputations, came to speak to me. This specialist told me that he was going to do everything he could to save my Leg. The doctor who wanted to save my Leg, name was doctor Novak. The time came when it seemed that he wasn't coming. (by God) →

Coming to se⬛ any more, for ⬛t ever reason, Since then No one could explain to me, How it came from a miss diagnosis of a kidney failure to paralyzing me, Not being able to feel anything beneath my chest to the end of the one foot i have left. At this time Judge Henderson i Lived as a paraplegic